UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOBBY DWAYNE LUCKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:12-CV-2609-B |
| | § | |
| SANDRA HAYNES, *et al.,* | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court are the Findings, Conclusions, and Recommendation (doc. 70) of United States Magistrate Judge Paul D. Stickney, filed on May 28, 2013. The Findings recommend that the Court grant the First Group of TDCJ Defendants' (Defendants George Wolfe, Kimberly Frazer, Lannette Linthicum, Rochelle McKinnon, and Sandra Haynes) Motion to Dismiss under Rule 12(b)(5) (doc. 23) for improper service, which was joined by Defendant Kelli Ward through her Motion to Dismiss (doc. 56). Plaintiff failed to object to the Findings within the fourteen days permitted under Federal Rule of Civil Procedure 72(b)(2), so the Court reviews the Findings for clear error. After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court is of the opinion that the Findings, Conclusions, and Recommendation are correct and free of clear error. It is therefore **ORDERED** that the Findings, Conclusions and Recommendation (doc. 70) are **ADOPTED** and the Motions to Dismiss (docs. 23, 56) are **GRANTED**.

SO ORDERED.

- 1 -

SIGNED: June 18, 2013.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE