UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOBBY DWAYNE LUCKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:12-CV-2609-B |
| | § | |
| SANDRA HAYNES, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court are the Findings, Conclusions, and Recommendation (doc. 85) of United States Magistrate Judge Paul D. Stickney, filed on July 8, 2013. The Findings recommend that the Court grant a Motion for Summary Judgment (doc. 42), filed by Defendants Michelle Bounds, Margaret Gray, Karen Horsley, Kathy Washington, Karen Wood, Macarias Reyna, B. Kearney, A. Slauenwhite, and J. Taylor. Plaintiff failed to object to the Findings within the fourteen days permitted under Federal Rule of Civil Procedure 72(b)(2), so the Court reviews the Findings for clear error. After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court is of the opinion that the Findings, Conclusions, and Recommendation are correct and free of clear error. It is therefore **ORDERED** that the Findings, Conclusions and Recommendation (doc. 85) are **ADOPTED** and Defendants' Motion for Summary Judgment (doc. 42) is **GRANTED**.

SO ORDERED.

SIGNED: July 29, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE